### Klosky *v.* Delligatti, Appellant.

714

Argued April 12, 1967.

*Vincent E. Williams,* with him *Smith, Best, Williams, Costello & Snyder,* for appellant; *Joseph Loughran,* with him *Loughran and Loughran,* for appellee.

MONTGOMERY, J., would grant a new trial for the reasons stated in the dissenting opinion of Judge RIAL of the court below.